



# MEMORANDUM OPINION

No. 04-11-00858-CV

**SENDERO SERVICES, INC.**,
Appellant

v.

**EAGLE FORD MINERALS, LLC**,
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 11-11-00175-CVL
Honorable Donna S. Rayes, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice

Delivered and Filed:   February 1, 2012

DISMISSED

The parties have filed an agreed motion to dismiss this appeal, stating that they have fully compromised and settled all issues in dispute. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.). Costs of appeal are taxed against the party who incurred them. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM